

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

Nos. 04-11-00453-CV & 04-12-00005-CV

**CAMP MYSTIC, INC.**, Richard G. Eastland,
Willetta ("Tweety") Eastland, and James M. Eastland
Appellants/Cross-Appellees

v.

**S. STACY EASTLAND**, Nancy Eastland Leaton,
and Natural Fountains Properties, Inc.
Appellees/Cross-Appellants

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 07-728B
Honorable David Peeples, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Luz Elena Chapa, Justice

Delivered and Filed: January 16, 2013

JOINT MOTION TO DISMISS GRANTED; APPEAL DISMISED

The parties filed a joint motion to dismiss this appeal. We grant the motion. *See* TEX. R.
APP. P. 42.1(a)(2). Per the parties' agreement, costs of appeal are taxed against the party who
incurred them. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed
against appellant).

PER CURIAM